No. 257. S. A. WELTMER ET AL., PLAINTIFFS IN ERROR, *v.* C. M. BISHOP. In error to the Supreme Court of the State of Missouri. Motions to dismiss or affirm submitted December 14, 1903. Decided December 21, 1903. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of

191 U. S. Cases Disposed of Without Consideration by the Court.

*Egan* v. *Hart*, 165 U. S. 188; *New Orleans Water Works Company* v. *Louisiana*, 185 U. S. 336; *Spies* v. *Illinois*, 123 U. S. 131; *Miller* v. *Texas*, 153 U. S. 535; *Missouri Pacific Ry. Company* v. *Fitzgerald*, 160 U. S. 556. *Mr. William C. Scarritt* in support of motions. *Mr. James H. Harkless* opposing.